IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CHASITY SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD WITTHUHN, Chief of the | ) | Case No. 3:17-CV-05256-BCW |
| Aurora Police Department, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOHN DOE, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their undersigned counsel of record, pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal with prejudice of all claims

asserted by Plaintiff. It is further stipulated that all parties shall bear their own costs and expenses

including, but not limited to attorney's fees and expenses, incurred in the prosecution and/or

defense of this matter.

Respectfully submitted,


/s/ Nathan Duncan
Nathan Duncan                                          #60186
Douglas, Haun & Heidemann, P.C.
901 E. St. Louis Street, Suite 1
Springfield, MO 65806
(417) 887-4949/Fax: (417) 887-8618
*Attorneys for Plaintiff*

/s/ David S. Baker

David S. Baker                          #30347
Fisher, Patterson, Sayler & Smith, LLP
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
816-523-4667, Ext. 121; Fax: 816-523-5667
dbaker@fisherpatterson.com

and

Bill D. Cross                               #63768
Kenneth J. Berra                        #28620
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210
913-339-6757; Fax: 913-339-6187
bcross@fisherpatterson.com

*Attorneys for Defendant Witthuhn*

{O0340198}

2